Unsealed on 4/29/10

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED APR 28 AM 9:46

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 10 MJ 1383 |
|---|---|---|
| Plaintiff, | ) | SEALING ORDER |
| v. | ) | |
| Jeffrey McDaniel, | ) | |
| Defendant. | ) | |

BY: _____ DEPUTY

Upon application of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the complaint and this order be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: 4/27/2010

_____
UNITED STATES MAGISTRATE JUDGE

#2 SS