**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | ) | CASE NUMBER __10mj1383__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Jeffrey Lee McDaniel | ) | Booking No._____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/29/10__
the Court entered the following order:

__X__ Defendant be released from custody. On 4/30/10 by 10:30am

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $__50,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

__X__ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. _Please call # ___ Pretrial Services when 1) Newly being released and/or transported_

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR. / Clerk
by _____ Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)                ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY