**SEALED**

♣AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern District of California

FILED
2010 MAY -5 AM 9:10

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA

V.

Jeffrey McDaniel

**WARRANT FOR ARREST**

Case Number: 10 MJ 1383

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Jeffrey McDaniel
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

18 U.S.C. § 2252(a)(2) Distribution of Images of Minors Engaged in Sexually Explicit Conduct

DATE: 4-28-2010
ARRESTED BY: Susan Tony
Wheetley & Sean Wenton
GEORGE W. VENABLES
U.S. MARSHAL, S/CA
BY: [signature]

RECEIVED 2010 APR 28 A 11:16 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

in violation of Title 18 United States Code, Section(s) 2252(a)(2)

Name of Issuing Officer: RUBEN B. BROOKS
Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Signature of Issuing Officer: [signature] Ruben Brooks

Date and Location: 4/27/2010 at San Diego, Calif.

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |